**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MADISON CAPITAL COMPANY, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 08-CV-761-D** |
| **ACCELA CAPITAL SERVICES, INC.,** | § | |
| **DENT ZONE ACQUISITION** | § | |
| **CORPORATION, and TOM KEFFER** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiff Madison Capital Company, LLC ("Madison" or "Plaintiff") hereby files

this Notice of Dismissal of the Complaint in the above-captioned action.  This dismissal

is made without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) because

none of the Defendants have filed a responsive pleading in this action.  An Order of

Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) is attached

hereto for the Court's convenience.

Respectfully submitted this 20th day of May 2008.

POWELL GOLDSTEIN LLP


By:      *//s// Keith Miles Aurzada*
Keith Miles Aurzada
Tex. Bar No. 24009880
Jay L. Krystinik
Tex. Bar No. 24041279
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
T: 214-721-8000
F: 214-721-8100

COUNSEL     FOR     PLAINTIFF
MADISON  CAPITAL  COMPANY,
LLC


## CERTIFICATE OF SERVICE

This is to certify that I have this day served the defendants through their attorney with a copy of the foregoing pleading by delivering a copy of same via facsimile and via United States first class mail in a properly addressed envelope with adequate postage thereon as follows:

C. Christian Frederiksen, Jr.
Hallet & Perrin, P.C.
2100 Bryan Street, Suite 3900
Dallas, TX 75201
Fax:  (214) 922-4142


        *//s// Keith Miles Aurzada*
        Keith Miles Aurzada